IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:09-CV-79-D

| | | |
|---|---|---|
| AVON RICHARDSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

On April 13, 2010, Magistrate Judge Daniel issued a Memorandum and Recommendation ("M&R") [D.E. 25]. In that M&R, Judge Daniel recommended that plaintiff's motion for judgment on the pleadings be denied, that defendant's motion for judgment on the pleadings be granted, and that defendant's final decision denying the request for benefits be affirmed. On April 27, 2010, plaintiff filed objections to the M&R [D.E. 26]. Defendant did not file a response to plaintiff's objections.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (alteration in original) (emphasis removed) (quotation omitted). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Id. (quotation omitted).

The court has reviewed the M&R, the record, and plaintiff's objections. As for those portions of the M&R to which plaintiff made no objection, the court is satisfied that there is no clear error on the face of the record.

The court has reviewed de novo the portions of the M&R to which plaintiff objected. Essentially, plaintiff objects that substantial evidence does not "support the ruling of the ALJ and the Commissioner's denial of benefits." Pl.'s Obj. 2. In making this objection, plaintiff contends that Judge Daniel erred in concluding that the evidence that plaintiff submitted to the Appeals Council was cumulative and not material. Id. at 4–5. Plaintiff also contends that Judge Daniel erred in analyzing the ALJ's credibility determination. Id. at 5–6.

Judge Daniel thoroughly explained why plaintiff's arguments lack merit. The court agrees with Judge Daniel and need not repeat his analysis. The objections lack merit and are denied.

Accordingly, the court adopts the M&R [D.E. 25]. Plaintiff's motion for judgment on the pleadings [D.E. 18] is DENIED, and defendant's motion for judgment on the pleadings [D.E. 19] is GRANTED. Defendant's final decision is AFFIRMED, and this action is DISMISSED. The Clerk is directed to close the case.

SO ORDERED. This 14 day of June 2010.

JAMES C. DEVER III
United States District Judge