AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

**EASTERN DIVISION**

| | |
|---|---|
| AVON RICHARDSON, JR. )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> )   **JUDGMENT IN A CIVIL CASE**<br>MICHAEL J. ASTRUE, )   **CASE NO. 4:09-CV-79-D**<br>Commissioner of Social Security, )<br>    Defendant. ) | |

**Decision by the Court.**

    IT IS ORDERED AND ADJUDGED that the court adopts the M&R [D.E. 25]. Plaintiff's motion for judgment on the pleadings [D.E. 18] is DENIED, and defendant's motion for judgment on the pleadings [D.E. 19] is GRANTED. Defendant's final decision is AFFIRMED, and this action is DISMISSED. The Clerk is directed to close the case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 14, 2010**, AND A COPY TO:

Roberta L. Edwards (Via CM/ECF Notice of Electronic Filing)
Jay C. Hinsley (Via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| June 14, 2010 | DENNIS IAVARONE, Clerk |
| Date | Eastern District of North Carolina |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |